UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 17-10757-RAM

IN RE:

FRANCISCO LORENZO PUJOL
GABY PUJOL,

    Debtors.

_____/

ALEJANDRO SIXTO AND SIXTO & ASSOCIATES, P.A.'S
NOTICE OF SETTLEMENT FOR APPROVAL

    Alejandro Sixto and Sixto & Associates, P.A. (collectively "Sixto"), being interested parties, by and through undersigned counsel, hereby files this Notice of Settlement for Approval and states:

    1. Francis Pujol ("Pujol" or the "Debtor") filed an action against Sixto alleging Sixto committed malpractice when Sixto represented Pujol in his previously filed bankruptcy case, Case No. 11-32147-AJC. The malpractice case style is *Francis Pujol v. Alejandro Sixto and Sixto & Associates, PA*, Case No. 2017-007240 CA 01, situated in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida (the "Malpractice Action").

    2. Pujol and Sixto reached a settlement in the Malpractice Action on March 20, 2018. The settlement was contingent upon this Court approving the settlement.

    3. Pujol's proposed Seventh Amended Plan states in part: "The Debtors' may have a malpractice claim. The Debtors will modify the plan to provide for the [d]istribution of funds recovered from the pending lawsuit, which are not exempt, to the unsecured creditors."

    4. During the last few weeks, counsel for Pujol has represented to the undersigned that Pujol would be filing a motion to obtain approval of the settlement.

LWA24775-Wilson
1171306037

5. Federal Rule of Bankruptcy Procedure Rule 9019 provides, in pertinent part: "(a) COMPROMISE.  On motion by the trustee and after notice and a hearing, the court may approve a compromise or settlement."

6. To date, Pujol has not taken any action to obtain approval of the settlement, and the undersigned does not believe that Pujol has notified the Trustee of same.

Respectfully submitted this 20th day of April, 2018.

BY_____
Thomas A. Conrad
Florida Bar No. 440957
LAW OFFICES OF LORRAINE LESTER
1200 South Pine Island Road, Suite 750
Plantation, FL 33324
954-424-4660  (Main Office Number)
954-424-4684 (Direct Line)
866-696-7828 (Fax)
Direct:  thomas.conrad@cna.com
Main:  thelawofficeoflorrainelester@cna.com
Attorney for Sixto

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was served via CM/ECF, U.S. Mail, and/or e-mail on this 20th day of April, 2018 to:

William R. Jones, III, Esquire
Law Offices of William R. Jones, III
9100 South Dadeland Blvd., Suite 903
Miami, FL  33156
wrjoneslaw@aol.com
*Attorney for Francisco Pujol in the Malpractice Action*

LWA24775-Wilson
1171306037

Michael A. Frank, Esq.
10 NW LeJeune Rd #620
Miami, FL 33126
(305) 443-4217
Fax : (305) 443-3219
Email: pleadings@bkclawmiami.com
*Attorney for Debtors*

Nancy K. Neidich
www.ch13miami.com
POB 279806
Miramar, FL 33027
954-443-4402
*Trustee*

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
(305) 536-7285
*U.S. Trustee*

BY_____
    Thomas A. Conrad
    Florida Bar No. 440957

LWA24775-Wilson
1171306037