ORDERED in the Southern District of Florida on June 27, 2018

Robert A. Mark, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-10757-BKC-RAM
CHAPTER 13

IN RE:
FRANCISCO LORENZO PUJOL
and GABY PUJOL,
Debtors.
_____/

## AMENDED ORDER GRANTING DEBTORS' MOTION TO APPROVE SETTLEMENT AGREEMENT

(Amended as to paragraph 2, last 2 sentences and paragraph 3 was omitted)

THIS CAUSE having come on to be heard at 9:00 a.m., on May 15, 2018, on the Debtors' Motion to approve Settlement Agreement, [ECF 236], having heard argument of Debtor's counsel, counsel for the Plaintiff, William Randall Jones, III, and for Alejandro Sixto and Sixto & Associates, P.A., Thomas Conrad, Esquire, and based upon the reasons stated in open Court, it is,

**ORDERED:**

1. The Debtors' Motion to Approve Settlement Agreement is GRANTED.

2. The settlement between the Debtors and the Defendants, Alejandro Sixto and Sixto & Associates, P.A., entered in the case styled Francisco Pujol v. Alejandro Sixto et al., Case No. 2017-007240 CA-01, in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, is approved. The Plaintiff's counsel, William Randall Jones' fees and costs, as shown in the settlement agreement attached to the Motion, are granted and the net amount due in the amount of $137,048.48, to the Debtors, shall be paid to Michael A. Frank's trust account. The Debtors will provide an amended plan, which will pay 100% to unsecured creditors in the amount of $112,812.04. The amended plan will include the balance of funds received from the settlement, to be paid to the secured creditors in the plan, after payments to the unsecured creditors, and any other fees and costs. The total amount of the $137,048.48, shall be sent to the Chapter 13 Trustee to be disbursed, pursuant to the terms of the amended plan.

###

Submitted by:
Michael A. Frank, Esquire
10 Northwest LeJuene Road, Suite 620
Miami, FL 33126
Telephone (305) 443-4217
Facsimile (305) 443-3219
Email- Pleadings@bkclawmiami.com

Copies furnished to:
Michael A. Frank, Esquire
Nancy Neidich, Trustee
Rachel Ahlum, Esquire
Bouavone Amphone, Esquire
Thomas A. Conrad, Esquire
Sergio Mendez, Esquire
Luis Navarro, Esquire
Gavin Stewart, Esquire
Madison Wilson, Esquire
William Randy Jones, III, Esquire

Attorney, Michael A. Frank, is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt thereof.