UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-10757-BKC-RAM
CHAPTER 13

IN RE:
FRANCISCO LORENZO PUJOL
and GABY PUJOL
    Debtors.
_____/

**DEBTORS; MOTION TO VACATE ORDER GRANTING DEBTORS' MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY HELD BY THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR CWHEQ HOME EQUITY LOAN ASSET BACKED CERTIFICATES, SERIES 2006-S6**

    The Debtors, by and through their undersigned attorney, move this Honorable Court for an Order Vacating the Order Granting Debtor's Motion to Value and Determine Secured Status of Lien on Real Property held by the Bank of New York Mellon f/k/a The Bank of New York as Trustee for CWHEQ Home Equity Loan Asset backed Certificates, Series 2006-S6 [ECF 144] and states:

    1.    One of the creditors listed in the Debtors schedules is Bank of New York Mellon f/k/a The Bank of New York as Trustee for CWHEQ Home Equity Loan Asset backed Certificates, Series 2006-S6 , who holds a second lien on the Debtors' property located at 19512 Northwest 79th Court, Hialeah, FL 33015.

    2.    On March 13, 2017, the Debtor filed a Motion to Value and Determine Secured Status of Lien on Real Property held by the Bank of New York Mellon f/k/a The Bank of New York as Trustee for CWHEQ Home Equity Loan Asset backed Certificates, Series 2006-S6 [ECF 47] and this Court entered an Order on June 17, 2017, granting the Debtors' Motion to Value and Determine Secured Status of Lien on Real Property held by the Bank of New York Mellon f/k/a The Bank of New York as

Trustee for CWHEQ Home Equity Loan Asset backed Certificates, Series 2006-S6 [ECF 144], stripping the lien to $0.00.

      3.     The Debtor intends to vacate the Order Granting Debtors' Motion to Value and Determine Secured Status of Real Property held by the Bank of New York Mellon f/k/a The Bank of New York as Trustee for CWHEQ Home Equity Loan Asset backed Certificates, Series 2006-S6 [ECF 144], as the Debtors are surrendering the property.

WHEREFORE, the Debtors request that this Honorable Court vacate the Order Granting Debtors' Motion to Value and Determine Secured Status of Lien on Real Property held by the Bank of New York Mellon f/k/a The Bank of New York as Trustee for CWHEQ Home Equity Loan Asset backed Certificates, Series 2006-S6, [ECF 144] and grant any other relief as this Court deems justified.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of this Motion was sent via email to Nancy Neidich, Trustee at e2c8f01@ch13herkert.com, Rachel L. Ahlum, counsel for The Bank of New York and Nationstar at ecfflsb@aldridgepite.com and those set forth in the NEF, this 11th day of March 2020 and this Motion and an upcoming Notice of Hearing will be served on a separate Certificate of Service via email to those set forth in the NEF and by regular mail to Nationstar Mortgage, LLC, a/k/a Mr. Cooper Post Office Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage, LLC, a/k/a Mr. Cooper, Post Office Box 619094, Dallas, TX 75261-9741, Nationstar Mortgage, LLC, Attn: Jay Bray, MGR, 8950 Cypress Waters Blvd, Dallas, TX 75019 and The Bank of New York Mellon, Attn: Charles W. Scharf, CEO, (U.S. Certified Mail) 240 Greenwich Street, New York, NY 10286.

    LAW OFFICES OF MICHAEL J. BROOKS, MICHAEL A. FRANK
    & RODOLFO H. DE LA GUARDIA, JR.
    Attorneys for the Debtors
    Suite 620 • Union Planters Bank Building
    10 Northwest LeJeune Road
    Miami, FL 33126
    Telephone    (305) 443-4217
    Email- Pleadings@bkclawmiami.com

By  /s/ Michael A. Frank
     Michael A. Frank
     Florida Bar No. 339075