UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan

■ EIGHTEENTH _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: FRANCISCO PUJOL          JOINT DEBTOR: GABY PUJOL          CASE NO.: 17-10757-RAM

SS#: xxx-xx-0849                  SS#: xxx-xx-1733

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ■ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section VIII | ■ Included | ☐ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $6,129.47       for months  1  to  38 ;
2. $41,872.30      for months  39 to ___ ;
3. $3,888.88       for months  40 to  83 ;
4. $197,073.15     for months  84 to ___ ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**  ☐ NONE   ☐ PRO BONO

| Total Fees: | $15050.00 | Total Paid: | $3000.00 | Balance Due: | $12050.00 |
|---|---|---|---|---|---|
| Payable | $12,050.00 | /month (Months 39 to ___ ) | | | |

Allowed fees under LR 2016-1(B)(2) are itemized below:
14525.00 (+) 525.00 (mod) = 15,050.00 (-) 3,000.00 = 12,050.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: SN Servicing Corporation

   Address: 323 5th St
   Eureka, CA 95501

   Arrearage/ Payoff on Petition Date _____
   Property being surrendered    $883.68  /month (Months  1  to  38 )

Debtor(s): FRANCISCO PUJOL, GABY PUJOL       Case number: 17-10757-RAM

Last 4 Digits of Account No.: 8218

Other: _____

■ Real Property
  ■ Principal Residence
  ☐ Other Real Property

Check one below for Real Property:
  ■ Escrow is included in the regular payments
  ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
19512 NW 79 Ct.
Hialeah, FL 33015

☐ Personal Property/Vehicle

Description of Collateral: Real estate taxes $235.00 Insurance $208.34 P&I $1796.33.

**B. VALUATION OF COLLATERAL:** ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

**1. REAL PROPERTY:** ☐ NONE

| 1. Creditor: LUIS AND GLADYS PEREZ | Value of Collateral: $177,280.41 | **Payment** |
|---|---|---|
| Address: c/o Sergio Mendez 7400 SW 57 Ct Ste 202 South Miami, FL 33143 | Amount of Creditor's Lien: _____ | Total paid in plan: $201,950.77 |
| Last 4 Digits of Account No.: N/A | Interest Rate: 5.25% | $2,287.43 /month (Months 1 to 38) |
| Real Property | Check one below: | $27,683.41 /month (Months 39 to ___) |
| ☐ Principal Residence | ☐ Escrow is included in the monthly mortgage payment listed in this section | $1,750.00 /month (Months 40 to 83) |
| ■ Other Real Property | ■ The debtor(s) will pay | $10,345.02 /month (Months 84 to ___) |
| Address of Collateral: 1305-1321 NW 79 St Miami, FL 33147 | ■ taxes  ■ insurance directly | |
| 2. Creditor: LUIS AND GLADYS PEREZ | Value of Collateral: $287,402.38 | **Payment** |
| Address: c/o Sergio Mendez 7400 SW 57 Ct Ste202 South Miami, FL 33143 | Amount of Creditor's Lien: $0.00 | Total paid in plan: $327,397.02 |
| Last 4 Digits of Account No.: N/A | Interest Rate: 5.25% | $2,620.54 /month (Months 1 to 38) |
| Real Property | Check one below: | $1,750.00 /month (Months 39 to 83) |
| ☐ Principal Residence | ☐ Escrow is included in the monthly mortgage payment listed in this section | $149,066.59 /month (Months 84 to ___) |
| ■ Other Real Property | ■ The debtor(s) will pay | |
| Address of Collateral: 1305-1321 NW 79 St Miami, FL 33147 | ■ taxes  ■ insurance directly | |

**2. VEHICLES(S):** ■ NONE

**3. PERSONAL PROPERTY:** ■ NONE

**C. LIEN AVOIDANCE** ■ NONE

LF-31 (rev. 10/3/17)                                                    Page 2 of 4

Debtor(s): FRANCISCO PUJOL, GABY PUJOL    Case number: 17-10757-RAM

D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☐ NONE

☒ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors.

☐ Other: _____

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Miami Dade Tax Collector | 1370 | 19512 NW 79 Ct. Hialeah, FL 33015 |
| 2. | SN Servicing Corp. | 8218 | 19512 NW 79 Ct. Hialeah, FL 33015 |
| 3. | Bank of NY Mellon | 9795 | 19512 NW 79 Ct. Hialeah, FL 33015 |

E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☐ NONE

☒ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | BMW OF NORTH AMERICA | 4695 | 2016 BMWQ X-5 |
| 2. | BMW OF NORTH AMERICA | 6329 | 2015 BMW 428 |
| 3. | WESTGATE VACATION VILLAS, LLC | 2347 | TIMESHARE |

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE

B. **INTERNAL REVENUE SERVICE:** ☒ NONE

C. **DOMESTIC SUPPORT OBLIGATION(S):** ☒ NONE

D. **OTHER:** ☒ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

A. Pay ___$17,954.23___ /month (Months __84__ to ____ )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

B. ☒ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

C. **SEPARATELY CLASSIFIED:** ☒ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

☒ NONE

VII. **INCOME TAX RETURNS AND REFUNDS:** ☒ NONE

VIII. **NON-STANDARD PLAN PROVISIONS** ☐ NONE

☒ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

SECTION II, MONTHLY PLAN PAYMENT: 1. Begins February 23, 2017, 2. Begins April 23, 2020, 3. Begins May 23, 2020.

Debtor(s): FRANCISCO PUJOL, GABY PUJOL    Case number: 17-10757-RAM

The Debtors' may have a malpractice claim. The Debtors will modify the plan to provide for the Distribution of funds recovered from the pending lawsuit, which are not exempt, to the unsecured creditors.

Debtor to pay $3888.88 Beginning month 39 (4/23/20).

The MMM has been denied. This property shall be treated outside the plan after month 39.

☐ Mortgage Modification Mediation

### PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| Francisco Pujol | Debtor | April 13, 2020 | Gaby Pujol | Joint Debtor | April 13, 2020 |
|---|---|---|---|---|---|
| FRANCISCO PUJOL | | Date | GABY PUJOL | | Date |

/s/ Michael A. Frank, Esquire     April 13, 2020
Attorney with permission to sign on     Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**