UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                  Case No. 17-10757-RAM
                                                                        Chapter 13
FRANCISCO LORENZO PUJOL and
GABY PUJOL,

       Debtors.
_____/

**THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR CWHEQ HOME EQUITY LOAN ASSET BACKED CERTIFICATES, SERIES 2006-S6'S RESPONSE TO DEBTORS' OBJECTION TO CLAIM NO. 5**

THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for CWHEQ Home Equity Loan Asset Backed Certificates, Series 2006-S6 ("Secured Creditor"), by and through undersigned counsel, files this *Response to Debtors' Objection to Claim No. 5* and in support states as follows:

1. On January 23, 2017, Debtors commenced this bankruptcy case by filing a petition for relief under Chapter 13 of the United States Bankruptcy Code [D.E. No. 1].

2. Secured Creditor holds a second mortgage position on Debtor's real property located at 19512 NW 79 Court, Hialeah, Florida 33015, by virtue of a Mortgage which is recorded in the Public Records of Miami-Dade County, Florida in Book 24831 at Page 4206.

3. On March 9, 2017, Secured Creditor filed a secured Proof of Claim [Claim No. 5] (the "Claim") in the amount of $101,441.63 with a pre-petition arrearage amount of $61,819.25.

4. On April 9, 2020, the Court entered an Order granting Debtors' Motion to Vacate Order granting Motion to Value and Determine Secured Status of Lien on Real Property Held by Secured Creditor [D.E. #358].

5. On April 14, 2020, Debtors filed the *Eighteenth Amended Chapter 13 Plan* [D.E. #360] in which Debtors propose to surrender the Property as to Secured Creditor's Claim.

6. On April 16, 2020, Debtors filed the *Objection to Claim No. 5* [D.E. #363] stating that Debtors elect to surrender to creditor the collateral that secures the creditor's claim.

7. Debtors do not dispute the fact that the Proof of Claim was filed timely before the claim bar date. As such, Secured Creditor submits the filing of said claim "shall constitute prima facie evidence of the validity and amount of the claim." Fed. R. Bankr. P. 3001 (f).

8. Secured Creditor requests the Claim be allowed as filed, but has no opposition to Secured Creditor not receiving a distribution from the Chapter 13 Trustee.

9. Secured Creditor hereby reserves the right to supplement this Response at or prior to the hearing.

**WHEREFORE**, Secured Creditor respectfully requests that the Court overrule Debtors' *Objection to Claim*; that a hearing be held on this matter; and grant such other and further relief as might be deemed just and proper.

Respectfully Submitted:

/s/ Jennifer Laufgas
Jennifer Laufgas (SBN 56181)
Jlaufgas@aldridgepite.com
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (619) 590-1385

<u>**CERTIFICATE OF SERVICE**</u>

  **I HEREBY CERTIFY** that a true and correct copy of the foregoing *Response to Objection to Claim* was served electronically or via U.S. Mail, first-class postage prepaid, to:

**DEBTOR ATTORNEY (via electronic notice)**
Michael A. Frank, Esq.
10 NW LeJeune Rd #620
Miami, FL 33126
pleadings@bkclawmiami.com

**DEBTORS**
Francisco Lorenzo Pujol
Gaby Pujol
19512 NW 79 Ct
Hialeah, FL 33015

**TRUSTEE (via electronic notice)**
Nancy K. Neidich
POB 279806
Miramar, FL 33027
e2c8f01@ch13miami.com

**UNITED STATES TRUSTEE (via electronic notice)**
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
USTPRegion21.MM.ECF@usdoj.gov

Dated: May 1, 2020

            /s/ Jennifer Laufgas
            Jennifer Laufgas (SBN 56181)
            Jlaufgas@aldridgepite.com
            Aldridge Pite, LLP
            Fifteen Piedmont Center
            3575 Piedmont Road, N.E., Suite 500
            Atlanta, GA 30305
            Phone: (404) 994-7400
            Fax: (619) 590-1385